FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
JUN - 2 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: CR09-362-JHN |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING |
| vs. | ) | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Cook, Robert E | ) | |
| Defendant. | ) | |

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD CA___, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

   The Court finds that:

A.   (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __Backgrd cmty ties unknown; bail resources unknown; alleged violation conduct which evidences a lack of amenability to supervision__

1
2
3          and/or
4  B.     (X) The defendant has not met his/her burden of establishing by clear and
5          convincing evidence that he/she is not likely to pose a danger to the safety of any
6          other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This
7          finding is based on _offenses of conviction, which involved_
8  _prospective violence; alleged violation conduct, which includes_
9  _alleged commission of new offenses, while involving threats of violence_
10  _under supervision; mental health issues_
11
12
13          IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.
15
16  DATED: __6/2/10__
17                                                    ROBERT N. BLOCK
                                                      UNITED STATES MAGISTRATE JUDGE
18
19
20
21
22
23
24
25
26
27
28