FILED
CLERK, U.S. DISTRICT COURT

AUG 16 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Robert Cook<br><br>　　　　Defendant. | Case No. CR 09-362 SVW<br>~~H-365~~<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation or Supervised Release) |

　　In this case involving alleged violations of conditions of probation or supervised release, the Court finds that no condition or combination of conditions will reasonably assure:

　　A.　(✓)　the appearance of the defendant as required; and/or

　　B.　( )　the safety of any person or the community.

1    The Court concludes that :
2  A.  (✓)   Defendant failed to present clear and convincing evidence to
3            establish that Defendant is not a risk of flight because:
4    _____
5    _____
6    Allegations of absconding from supvn
7    FTR Counsel
8
9  B.  (✓)   Defendant failed to present clear and convincing evidence to
10           establish that Defendant does not pose a risk to the safety of other
11           persons or the community because:
12   _____
13   _____
14   _____
15   _____
16
17   IT IS ORDERED that defendant be detained.
18
19   DATE: Aug 16, 2013
20
21                                    HON. MICHAEL R. WILNER
22                                    UNITED STATES MAGISTRATE JUDGE

2